IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-HC-2072-D

| | | |
|---|---|---|
| BRANDON LOWE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ACTING WARDEN WATKINS, | ) | |
| | ) | |
| Respondent. | ) | |

On April 17, 2026, Brandon Lowe ("Lowe" or "petitioner"), a federal inmate proceeding pro se, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 [D.E. 1]. On July 29, 2026, Lowe was released from custody. See BOP Inmate Locator, https://www.bop.gov/inmateloc/ (search by inmate number) (last visited Oct. 6, 2026).

Lowe was required to notify the court of his change of address within 14 days of his release, but he failed to do so. See Local Civ. R. 83.3. Accordingly, the court DISMISSES the action without prejudice for Lowe's failure to advise the court of his new address and for failure to prosecute, and DENIES the pending motions [D.E. 2, 5, 8] as moot. The clerk shall close the case.

SO ORDERED. This 7 day of October, 2026.

JAMES C. DEVER III
United States District Judge